UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

      -against-

NYPD, et al.,

                Defendants.

20-CV-2260 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued March 16, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), and the February 14, 2020 order in *Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 16, 2020
            New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge